**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01611-CR

---

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 005-87752-09**

---

## ORDER

Before Justices O'Neill, Lang-Miers, and Brown

On September 15, 2014, this Court dismissed the appeal for want of jurisdiction after appellant failed to file his brief. The Court's records shows that a copy of the opinion was sent to appellant at the e-mail address provided by appellant.

On September 16, 2014, appellant tendered a brief and two extension motions. Each extension motion reflects that it was signed on September 8, 2014, before the appeal was dismissed. Neither motion addresses the Court's opinion that issued on September 15, 2014. Moreover, appellant neither filed a motion for rehearing within fifteen days of September 15, 2014 nor a motion to extend time to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8.

However, the envelope in which the brief and extension motions were sent to the Court was mailed on or before September 15, 2014 and received by the Court on September 16, 2014.

Therefore, on the Court's own motion, we **WITHDRAW** our opinion and **VACATE** our judgment of September 15, 2014. We **ORDER** the appeal **REINSTATED**

We **GRANT** appellant's September 16, 2014 pro se motions to the extent they seek an extension of time to file the brief.  We **ORDER** the appellant's brief received on September 16, 2014 filed as of the date of this order.

The State's brief is due within thirty days of the date of this order.


/s/     ELIZABETH LANG-MIERS
JUSTICE